UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT I. SARGENT, IV**, <br><br> Plaintiff <br><br> v. <br><br> **CAROLYN W. COLVIN** <br> *Acting Commissioner of Social Security*, <br><br> Defendant | CIVIL ACTION NO. 3:14-CV-00254 <br><br> (MEHALCHICK, M.J.) |

## ORDER

For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Carolyn W. Colvin, Commissioner of Social Security and against Robert I. Sargent, IV;

2. The decision of the Commissioner of Social Security denying Robert I. Sargent, IV supplemental security income is AFFIRMED; and

3. The Clerk of Court shall close this case.

**Dated: November 13, 2014**              *s/ Karoline Mehalchick*
                                          **KAROLINE MEHALCHICK**
                                          **United States Magistrate Judge**